FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★   MAY 28 2012   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

MOSES SANTOS AND MELODY MORSE,                        :

        Plaintiffs,                                              :

          -against-                                         :

NETWORK OF AL-QUEDA ATTORNEYS,                        :
RICHARD BLUMBERG, ESQ., RUSSELL TISMAN,               :
ESQ., FORCHELLI, CURTO, DEEGAN, SCHWARTZ,             :
MINEO, COHN & TERRANA, LLP, WANDA SELINGER,           :
ESQ. A/K/A GLANSTEIN, NASSAU/SUFFOLK LAW              :
SERVICES COMMITTEE, INC., PAM BOERNER,                :
INDIAN HEART PROPERTIES, A/K/A/ COLLIN GREENE         :
A/K/A ROBIN COLIN-GREENE, ESQ., RGOM-RESTHAVEN        :
GARDENS OF MEMORY, FIND THE RIGHT LAWYER              :
REFERRAL SERVICE A/K/A ROCHELLE SIMONSON,             :
BOB CALOY A/K/A WARREN SIMONSON A/K/A BOB             :
SIMONSON, CHARLES BELFI, BELFI INVESTMENT             :
GROUP, WILLIAM GOLDMAN SCHER, ESQ., GREGG             :
WEINSTOCK, ESQ., WILLIAM BUCKLEY, ESQ.,               :
GARBARINI AND SCHER, ROBERT RADMAN, ESQ.,             :
LAW OFFICES OF ROBERT RADMAN, JEFFREY MCNABB,         :
ESQ., LEIGH MICHELE NEMETZ, ESQ., MAUREEN REID,       :
ESQ., BAKER BOTTS, SECURITY SERVICE FEDERAL           :
CREDIT UNION, STEVE CHAJKEWICZ, JOHN CIAMPOLI,        :
ESQ., COUNTY OF NASSAU, SHERIFF OF NASSAU             :
COUNTY, PETER LASERNA, ESQ., LIORA M. BEN-SOREK,      :
ESQ., GEORGE W. WRIGHT, ESQ., GEORGE W. WRIGHT &      :
ASSOCIATES, NETWORK MOVING & TRUCKING CO., INC.,      :
NOAH M. WEISSMAN, ESQ., VIRGINIA SAYER, ESQ.,         :
BRYAN CAVE, CITY MORTGAGE, DOROTHY O. NESE,           :
ESQ., ANN ZYBERT, ESQ., DISTRICT COURT OF NASSAU      :
COUNTY AND THE STATE OF NEW YORK,                     :

               Defendants.                              :

-----------------------------------------------------------------------------X

ORDER
12-CV-1102(JFB)(WDW)

JOSEPH F. BIANCO, District Judge:

      By Memorandum and Order dated April 5, 2012, the undersigned *sua sponte* dismissed

the frivolous *pro se* complaint and cautioned plaintiffs that the Court, under certain

circumstances, may sanction a vexatious litigant who abuses the judicial process by enjoining

him or her from pursuing future litigation without first obtaining leave of court. *See* Mem. and Order, dated April 5, 2012, Bianco, D.J., citing *Malley v. New York City Board of Educ.*, 112 F.3d 69 (2d Cir. 1997) (per curiam) (filing injunction may issue if numerous complaints filed are based on the same events); *In re Martin-Trigona*, 9 F.3d 226, 227-28 (2d Cir. 1993)).

Since the Judgment was entered closing this case on April 6, 2012, plaintiff Melody Morse ("Morse") claims to have mailed a letter to the court on May 11, 2012 that was not received. Plaintiff Morse has called the undersign's chambers, the *pro se* office, the chief deputy for Long Island and her administrative supervisor, as well as various employees in the clerk's office many times, leaving hostile and threatening messages and demanding that the court "find my letter."

Given that this case is now closed, and because Morse has continuously contacted courthouse staff in a threatening manner, Morse is directed to stop calling the Court about this case. At this juncture, the Court refrains from banning Morse from submitting written materials to the Court. Any communication to the Court must be in writing. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and, thus, *in forma pauperis* status is denied for purposes of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

s/ Joseph F, Bianco

JOSEPH F. BIANCO
United States District Judge

Dated:      May 25, 2012
            Central Islip, New York

2